UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Criminal No. 04-cr-95-01-JD

<u>Patricia Taylor</u>

<u>PROCEDURAL ORDER</u>

     The defendant has requested that the court amend the judgment to recommend that she be given mental health and drug and alcohol counseling.

     The court referred this request to the Probation Department for a review and recommendation, and the Probation Department could not find any facts to warrant amending the judgment. The Bureau of Prisons will conduct an evaluation of the defendant, and if it is determined that she is in need of counseling or any program, whether it be for mental health or for drug or alcohol problems, she will be placed in an appropriate program.

     Therefore, the request to modify the judgment is denied.

     SO ORDERED.

                                                           _____
                                                           Joseph A. DiClerico, Jr.
                                                           United States District Judge

July 25, 2005
cc:  Patricia Taylor, pro se
     Robert M. Kinsella, Esquire
     U.S. Probation
     U.S. Marshal